

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00737-CV

**ESTATE OF ELAINE EISELE ADAMS, DECEASED**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **February 15, 2019**; however, no further extensions will be granted absent extenuating circumstances.

Appellant's counsel is reminded that future motions must contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a)(5) (stating that motions in civil cases must contain a certificate of conference).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court